AO 440 (Rev. 8/01) Summons in a Civil Action

**ORIGINAL**

# UNITED STATES DISTRICT COURT

Western District of New York

Farahnaz AMIRKHANI

**SUMMONS IN A CIVIL ACTION**

V.

Department of Homeland Security, The United States Citizenship and Immigration Services et al.

CASE NUMBER:

07 CV 0405 A(Sm)

TO: (Name and address of Defendant)

U.S. Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, NY 14202

Buffalo Federal Bureau of Investigation
One FBI Plaza
Buffalo, New York 14202

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William H. Oltarsh
Oltarsh&Associates, PC
494 Eighth Avenue, Ste 1704
New York, NY 10001

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  JUN 2  2007