CERTIFICATE OF SERVICE

       I, William Oltarsh, an attorney duly admitted to practice before the courts of the state of New York, hereby confirm under the penalty of perjury that I served a copy of the within Summons and Complaint in the case **07 CV 0405** of **Farahnaz Amirkhani v. Department of Homeland Security, The United States Citizenship and Immigration Services and the Federal Bureau of Investigations,** by certified mail return receipt by depositing same in a post paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

U.S. Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, NY 14202

Buffalo Federal Bureau of Investigation
One FBI Plaza
Buffalo, New York 14202

ALBERTO GONZALEZ, Attorney General
   U.S. Department of Justice
   Civil Division
   Office of Immigration Litigation
   1331 Pennsylvania Avenue N.W.
   Suite 700S
   Washington, D.C. 20530

on this 10th day of July, 2007

New York, NY
July 10, 2007

_William H. Oltarsh_